UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CREATIVE COMPOUNDS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-cv-25-SNLJ ) ) |
| LOTT & FRIEDLAND, P.A., | ) ) |
| Defendant. | ) ) |

### MEMORANDUM AND ORDER

This matter is before the Court on the parties' joint motion to transfer, #45, filed May 10, 2011. The parties have agreed that this matter should be transferred to the U.S. District Court for the Southern District of Florida, Miami Division, so it may be consolidated for discovery purposes with Lott & Friedland, P.A. v. Creative Compounds, LLC, Case No. 1:10-cv-23408-WMH. The parties do not agree on whether the matters should be consolidated for trial. However, the administration of the case after transfer, including any decision on whether and how to consolidate the matters is within the exclusive purview of the transferee court.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the parties' motion to transfer this matter to United States District Court for the Southern District of Florida, Miami Division is **GRANTED**, in that the Clerk is directed to transfer the case. Any administration of the case thereafter will be handled by the transferee court.

Dated this 13th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Presumably the decision on whether to transfer the matters for trial, if and when one of the parties files such a motion, will be left to Judge Hoeveler, including setting a deadline for making such a motion.