# EXHIBIT A

# SYNTRAX

SI03, Inc.
P.O. Box 1715
Cape Girardeau, MO 63702
1.866.331.7403
www.si03.com
1.573.388.2302

# Invoice

| Date | Invoice # |
|---|---|
| 10/9/2006 | 8334 |

Remit To/Make Check Payable To: SI03, Inc

**Bill To**
Bodybuilding.com
Attn: A/P
2026 Silverstone Way
Meridian ID 83642
EMAIL INVOICES

**Ship To**
Bodybuilding.com
816 Commerce Blvd
Midway FL 32343

| P.O. No. | Terms | Due Date | Rep | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Jeremy DeLaen | 1% 10 Net 30 | 11/8/2006 | | 10/16/2006 | Roadway |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 4,906 | Body Building.com Stuffed Shakers | 0.70 | 3,434.20 |
| | SHIPPING | 535.61 | 535.61 |

Note: SI03, Inc. strives for high levels of quality control and order accuracy. By signing for this order you are verifying that all product has been received in good, sellable condition. In the event of damages/shortages/overages or other discrepancies, IT MUST BE NOTED ON THE BOL/DELIVERY ACKNOWLEDGEMENT AND DAMAGES REFUSED AT TIME OF DELIVERY. In the event you receive products that are damaged or missing, you are REQUIRED to notify your sales representative within 48 hours of receiving this shipment. If damages/shortages are not noted OR refused at the time of delivery and/or sales representative is not notified within the required time frame, customer assumes all responsibility for product, return shipping and balance due. Net 30. Invoices are due 30 days from the date of creation. Invoices that are more than 15 days past due are subject to a credit hold.
A finance charge of 1.5% will be added to the outstanding balance each month thereafter until your account is paid in full

| | |
|---|---|
| Subtotal | $3,969.81 |
| Total (U.S. Funds) | $3,969.81 |
| Payments/Credits | $3,969.81 |
| **Balance Due** | **$0.00** |

CREA-082



P.O. Box 1715
Cape Girardeau, MO 63702

# Invoice

| Date | Invoice # |
|---|---|
| 10/9/2006 | 6335 |

**Bill To**
Bodybuilding.com
Attn Terry Mayer
305 Steelhead Way
Boise ID 83704
EMAIL INVOICE

**Ship To**
Bodybuilding.com
305 Steelhead Way
Boise ID 83704

| P.O. No. | Terms | Due Date | Rep | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Jeremy DeLuca | 1% 10 Net 30 | 11/8/2006 | | 10/9/2006 | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 4,992 | Body Building.com Stuffed Shakers | 0.70 | 3,494.40 |
| | SHIPPING | 769.30 | 769.30 |

SI03, Inc. strives for high levels of quality control and order accuracy.
Damages should be refused and the shipping company will return them to us.
We should be notified of missing product within 48 hours.

| | |
|---|---|
| Subtotal | $4,263.70 |
| Total (U.S. Funds) | $4,263.70 |
| Payments/Credits | $0.00 |
| **Balance Due** | $4,263.70 |

CRER-083